# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MEDICAL MUTUAL INSURANCE COMPANY ) <br> OF NORTH CAROLINA, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN CASUALTY COMPANY OF ) <br> READING, PA, ) <br>     Defendant, ) | **JUDGMENT IN A CIVIL CASE** <br> CASE NO. 5:08-CV-510-F |

**Decision by Court.**

   IT IS ORDERED AND ADJUDGED that Defendant American Casualty Company of Reading, PA., is entitled to recover of Plaintiff Medical Mutual Insurance Company of North Carolina $195,949.80, plus prejudgment interest in the sum of $32,920.25, for a total of $228,870.05. The Clerk of Court is DIRECTED to enter judgment accordingly.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 30, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:


Susan K. Burkhart  (via CM/ECF Notice of Electronic Filing)
Walter Brock, Jr. (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| June 30, 2010 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |