# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MEDICAL MUTUAL INSURANCE COMPANY OF NORTH CAROLINA,<br>      Plaintiff,<br><br>    v.<br><br>AMERICAN CASUALTY COMPANY OF READING, PA,<br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 5:08-CV-510-F |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the court's order on bill of costs dated January 14, 2011 and with no objections being filed, the defendant is awarded $659.88 for photocopying and exemplification costs. All other requests for costs not referenced in this summary are DENIED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **February 14, 2011**, WITH SERVICE ON:

Walter Brock, Jr., (via CM/ECF Notice of Electronic Filing)
Susan K. Burkhart (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| February 14, 2011 | DENNIS IAVARONE, Clerk |
| Date | *Eastern District of North Carolina* |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |